```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
```

SHAWN L. ROBINSON,
    PLAINTIFF,

vs.                                              Cr. No. 09-277 S

A.T. WALL, II, ET AL.,
    DEFENDANTS.

## ORDER

Magistrate Judge Jacob Hagopian's August 12, 2010 Report and Recommendation is hereby adopted in full. Plaintiff's Motions for "Equitable Relief" and for "Emergency/Expedited Relief" are hereby DENIED.

ENTER:

/s/ *William E. Smith*
United States District Judge
William E. Smith

date: 11/29/10