UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHAWN L. ROBINSON,
    Plaintiff,

v.                                                                                               C.A. 09-277 S

ASHBEL T. WALL, et al.,
    Defendants.

## ORDER

The Report and Recommendations of United States Magistrate Judge David L. Martin filed on May 11, 2011 (ECF #65) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Objection to the Magistrate Judge's Report and Recommendation (ECF #68) is rejected and Plaintiff's "Rule 9 Motion for Emergency/Expedited Relief" (treated as a Motion for Preliminary Injunction; ECF #60) is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

date: 6/11/11