UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
SHAWN L. ROBINSON,                 )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )    C.A. No. 09-277 S
                                   )
ASHBEL T. WALL, et al.,            )
                                   )
        Defendants.                )
_____)

### ORDER

WILLIAM E. SMITH, Chief Judge.

   On October 28, 2015, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 130) recommending that all claims against all defendants that remain in this case be dismissed with prejudice for failure to prosecute.  No objections to the R&R were filed, and the time for doing so has passed.  Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1). The R&R is ADOPTED, and Plaintiff's claims against all defendants are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ W. E. Smith
_____
William E. Smith
Chief Judge
Date: January 11, 2016